Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Hand-Delivered**

FILED
CHARLOTTE, NC

MAR 1 2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
__WESTERN__ District of __NORTH CAROLINA__
_____ Division

FREDERICK DONNELL LEE

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MARTA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __3:26-CV-198-MEO__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: FREDERICK DONNELL LEE
   Street Address: 8050 I WOODSCAPE DR
   City and County: CHARLOTTE       MECKLENBURG
   State and Zip Code: NC       28212
   Telephone Number: (229) 738-3845
   E-mail Address: fdl_22211@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 3:26-cv-00198-MEO-WCM     Document 1     Filed 03/12/26     Page 1 of 5

Defendant No. 1
  Name: MARTA
  Job or Title (if known):
  Street Address: 2424 PIEDMONT RD NE
  City and County: ATLANTA
  State and Zip Code: GA 30324
  Telephone Number: (404) 848-5000
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* **FREDERICK DONNELL LEE**, is a citizen of the State of *(name)* **NORTH CAROLINA**.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **MARTA**, is incorporated under the laws of the State of (name) **GEORGIA**, and has its principal place of business in the State of (name) **GEORGIA**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

MARTA OWES ME IN EXCESS OF $400 MILLION DUE TO WILLFUL DISREGARD TO FEDERAL LAW MY CIVIL RIGHTS AND PERSONAL SAFETY. REVENUES GAINED BY MARTA IS ABOVE $350 MILLION. AS SUCH I DEMAND $400 MILLION FOR BEING ASSAULTED BATTERED UNLAWFULLY DETAINED, ETC.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BUS DRIVER DROVE OFF WHEN I WAS CLOSED IN DOORS SNAPPED AND FELL AT MARTA STATION AND HIT HEAD. ELEVATORS CLOSED ON ME MULTIPLE TIMES ON TRAIN SEVERAL TIMES WARNED CONDUCTOR ATTACKED BY MARTA POLICE WHILE TRYING TO SPEAK WITH A CUSTOMER SERVICE AGENT. SHE AND I BOTH FEARED FOR OUR LIVES

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MARTA BUS DRIVER CLOSED REAR DOORS AND LEFT SCENE W/O ASKING IF I WERE OK IN COLLEGE PARK GA. I CALLED MARTA POLICE TO REPORT. NEXT MARTA ELEVATOR DOORS CLOSED ON ME AT ANOTHER STATION. I FELL MULTIPLE TIMES. STATION DOORS CLOSED AT PEACHTREE CTR STATION WITH NO ELEVATOR ACCESS AND ESCALATOR TURNED OFF, HAD TO INCLINE ON ROLLATOR WALKER. ATTACKED - ASSAULTED, BATTERED, PINNED DOWN, BY MARTA POLICE OFFICIAL. UNLAWFULLY DETAINED VIDEOED AND TAKEN TO ANOTHER LOCATION TO BE CHAINED TO A WALL AT FIVE POINTS. PERSON ITEMS REFUSED TO BE RETURNED ON _____ AND _____ AND SENDING PICTURES AND COMMUNICATION OF ME VIA SOCIAL MEDIA. INITIATING MARTA DESISTED AND DISSOLVED, $400 MILLION IS MY MINIMUM PUNITIVE BODILY DAMAGE REQUEST.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 MARCH 2026

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff FREDERICK DONNELL LEE

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Case 3:26-cv-00198-MEO-WCM    Document 1    Filed 03/12/26    Page 5 of 5